# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 1, 2024

Lyle W. Cayce
Clerk

No. 22-50854

KAYLEE LARTIGUE,

*Plaintiff—Appellant*,

*versus*

NORTHSIDE INDEPENDENT SCHOOL DISTRICT,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:19-CV-393

ON PETITION FOR REHEARING EN BANC

Before HIGGINBOTHAM, SMITH, and ELROD, *Circuit Judges*.

The petition for rehearing *en banc* is DENIED. At the request of one of its members, the court was polled, and a majority did not vote in favor of rehearing (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the *en banc* poll, five judges voted in favor of rehearing *en banc* (Richman, Jones, Smith, Duncan, and Oldham) and twelve voted against (Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Engelhardt, Wilson, Douglas, and Ramirez).